# Mobile & Montgomery Railway Co. *v.* Alabama Midland Railway Co.

APPEAL from the Chancery Court of Montgomery. Heard before the Hon. WILLIAM L. PARKS.

THOS. G. & CHAS. P. JONES and ALEX. C. BIRCH, for appellant.

A. A. WILEY, for appellee.

Appeal dismissed by agreement.

---

# Lucas *v.* The State.

APPEAL from the Circuit Court of Chilton. Tried before the Hon. N. D. DENSON.

W. A. COLLIER, for appellant.

MASSEY WILSON, Attorney-General, and S. L. BREWER, for the State.

The appellant in this case was indicted and tried for murder, was convicted of murder in the second degree, and sentenced to the penitentiary for 18 years.

The judgment of conviction is affirmed.

Opinion by McCLELLAN, C. J.